# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **RAYMOND BROOKS,** <br> **AIS #220793,** <br>     Petitioner, <br><br> v. <br><br> **REOSHA BUTLER,** *Warden, G.K* <br> *Fountain Correctional Facility* <br>     Respondent. | ) <br> ) <br> ) <br> ) <br> ) **CIVIL ACTION NO. 19-00028-JB-N** <br> ) <br> ) <br> ) <br> ) |

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge (Doc. 20) made under 28 U.S.C. § 636(b)(1)(B)–(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(R), and dated February 11, 2022, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Raymond Brooks's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 (Doc. 1, modified by Doc. 12) is **DISMISSED with prejudice.** Further, the Court finds that Brooks is not entitled to either a Certificate of Appealability or to appeal *in forma pauperis*. Final judgment shall issue separately in accordance with this order and Fed. R. Civ. P. 58.

**DONE and ORDERED** this 7th day of March, 2022.

/s/ JEFFREY U. BEAVERSTOCK  
CHIEF UNITED STATES DISTRICT JUDGE